IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CASEY B. WATKINS <br> [DOB: 11-23-85] <br><br> Defendant. | No. 17-CR-03126-05-S-MDH <br><br> **COUNT 1** <br> 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C) <br> NMT 20 Years Imprisonment <br> NMT $1,000,000 Fine <br> NLT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment (each count) |

## SUPERSEDING INFORMATION

THE U.S. ATTORNEY CHARGES THAT:

**COUNT 1**
Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine
Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(C)

Beginning on or about December 21, 2016, and continuing to on or about October 15, 2017, in Christian County, Greene County, and Polk County, in the Western District of Missouri, and elsewhere, the defendant, **CASEY B. WATKINS,** knowingly and intentionally conspired, with other persons known and unknown, to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

Dated: 3/18/19

_____
**Josephine L. Stockard**
Assistant United States Attorney